IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHY A. OWENS**                                                                                   **PLAINTIFF**

**V.**                         **CASE NO. 4:21-CV-00472 BRW-JTK**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINSTRATION**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this  22nd  day of   June    , 2022.

                                                    BILLY ROY WILSON
                                     UNITED STATES DISTRICT JUDGE